1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile
   donaldseth@sbcglobal.net
5  jimbergmann@hotmail.com

6  Counsel for Plaintiff NICHOLAS J. AQUILA

8                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO/OAKLAND DIVISION

10
    NICHOLAS J. AQUILA,                          CASE NO.: C 06 0494 MMC
11
                     Plaintiff,                  **STIPULATION AND**
12                                               **ORDER ENLARGING TIME FOR**
    v.                                           **INITIAL CASE MANAGEMENT**
13                                               **CONFERENCE AND ADR**
    EXPERIAN INFORMATION SOLUTIONS, INC.;        **DEADLINES**
14  TRANS UNION, LLC;
15  PROVIDIAN NATIONAL BANK;
    and DOES 1 through 30, inclusive,
16
17                   Defendants.
                                            /
18

19       Pursuant to Local Rules 6-2 and 7-12, IT IS HEREBY STIPULATED AND AGREED

20  by and between Plaintiff NICHOLAS J. AQUILA and Defendants EXPERIAN

21  INFORMATION SOLUTIONS, INC. ("EXPERIAN"), TRANS UNION, LLC ("TRANS
22
    UNION"), and PROVIDIAN NATIONAL BANK ("PROVIDIAN"), by their attorneys of
23
24  record, that:

25       WHEREAS the Initial Case Management Conference in this matter has been set for

26  April 28, 2006 at 10:30 a.m. in Courtroom 7, 19th Floor;

27

28  _____
    STIPULATION ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR
    DEADLINES
    CIVIL CASE NO. C 06 0494 MMC

WHEREAS Plaintiff's counsel, James J. Bergmann, is scheduled for Trial Call in another matter in Sonoma County Superior Court on April 28, 2006 at 8:30 a.m. and is therefore unavailable at that date and time;

WHEREAS Defendant PROVIDIAN'S counsel, Hannah Shafsky is scheduled for trial in another matter on May 15, 2006;

WHEREAS there have been no previous time modifications in this case; and

WHEREAS the requested time modification will have a negligible affect on the schedule for this case;

NOW, THEREFORE, Plaintiff and EXPERIAN, TRANS UNION and PROVIDIAN, by and through their respective counsel of record, hereby stipulate and agree that the date for the Initial Case Management Conference may be continued to a date after May 19, 2006.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts.

IT IS SO STIPULATED.

Dated: March 14, 2006          /s/
                               JAMES J. BERGMANN
                               The Law Offices of Donald F. Seth
                               Attorneys for Plaintiff
                               NICHOLAS J. AQUILA


Dated: March 14, 2006          /s/
                               SCOTT P. SHAW
                               Jones Day
                               Attorneys for Defendant
                               EXPERIAN INFORMATION
                               SOLUTIONS, INC.

STIPULATION ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CIVIL CASE NO. C 06 0494 MMC                - 2 -

Dated: March 16, 2006                                    /s/
                                                         BRIAN C. FRONTINO
                                                         Stroock & Stroock & Lavan LLP
                                                         Attorneys for Defendant
                                                         TRANS UNION, LLC


Dated: March 16, 2006                                    /s/
                                                         HANNAH M. SHAFSKY
                                                         Reed Smith LLP
                                                         Attorneys for Defendant
                                                         PROVIDIAN NATIONAL BANK


PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management Conference and ADR Deadlines be continued to June 2, 2006 at 10:30 a.m., in Courtroom No. 7, 19th floor Federal Building.

A Joint Case Management Statement shall be filed no later than May 26, 2006.

Dated: April 3, 2006

_____
MAXINE M. CHESNEY
United States District Judge

---

STIPULATION ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CIVIL CASE NO. C 06 0494 MMC                    - 3 -