IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. AQUILA,<br><br>    Plaintiff<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., al.,<br><br>    Defendants<br>_____ / | No. C 06-494 MMC<br><br>**ORDER DIRECTING DEFENDANT TRANSUNION LLC TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On March 31, 2006, defendant TransUnion LLC ("TransUnion") electronically filed an answer and a certification of interested entities.  TransUnion has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

TransUnion is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  TransUnion is hereby advised that if it fails in the future to comply with the

1  Court's Standing Order to provide chambers copies of electronically-filed documents, the
2  Court may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5  **IT IS SO ORDERED.**

7  Dated: April 13, 2006

                                            MAXINE M. CHESNEY
                                            United States District Judge