DONALD F. SETH, ESQ., CA SBN 92318
JAMES J. BERGMANN, ESQ., CA SBN 220447
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile
donaldseth@sbcglobal.net
jimbergmann@hotmail.com

Counsel for Plaintiff NICHOLAS J. AQUILA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS J. AQUILA, | CASE NO. 3:06-cv-0494 MMC |
| Plaintiff, | **STIPULATION AND ORDER RE** |
| v. | **TELEPHONE APPEARANCE BY ALL COUNSEL AT INITIAL CASE MANAGEMENT CONFERENCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; PROVIDIAN NATIONAL BANK; and DOES 1 through 30, inclusive, | |
| Defendants. | **Hon. Maxine M. Chesney** |
| _____/ | _____ |

Pursuant to Local Rule 10-16, IT IS HEREBY STIPULATED AND AGREED by and

between Plaintiff Nicholas J. Aquila and Defendants Experian Information Solutions, Inc..

("Experian"), Trans Union LLC ("Trans Union"), and Washington Mutual Bank, successor-in-

interest to Providian National Bank ("Providian"), by their attorneys of record, that each

counsel respectfully requests to appear by telephone conference call at the Initial Case

Management Conference in this matter on June 2, 2006 at 10:30 a.m. in Courtroom 7, 19th

Floor.

_____
STIPULATION AND PROPOSED ORDER REQUESTING TELEPHONE APPEARANCE BY ALL COUNSEL
CIVIL CASE NO. C 06 0494 MMC

1

2

3

4

WHEREAS James J. Bergmann, counsel for Plaintiff, will incur travel expense and travel time of approximately three hours in traveling from his office in Santa Rosa to the Court in San Francisco, and would like to avoid the lost time and expense of such travel;

5

6

7

WHEREAS Brian C. Frontino, counsel for Trans Union, will incur travel expense and travel time of approximately one full business day in traveling from his office in Los Angeles to the Court in San Francisco, and would like to avoid the lost time and expense of such travel;

8

9

10

11

WHEREAS Jonathon D. Nicol, counsel for Experian, will incur travel expense and travel time of approximately one full business day in traveling from his office in Irvine to the Court in San Francisco, and would like to avoid the lost time and expense of such travel, and;

12

13

14

WHEREAS Hannah Shafsky, counsel for Providian, will incur travel expense and travel time of approximately two hours in traveling from her office in Oakland to the Court in San Francisco, and would like to avoid the lost time and expense of such travel;

15

16

17

WHEREAS Counsel may be reached by the Court at the following phone numbers at the time of the Conference, June 2, 2006, 10:30 a.m.:

18

19

James J. Bergmann:    (707)545-6370

Brian C. Frontino:    (310)556-5943

20

Jonathon D. Nicol:    (949)553-7502

21

Hannah Shafsky:    (510)466-6730 ;

22

23

24

25

26

NOW, THEREFORE, Plaintiff and Experian, Trans Union, and Providian, by and through their respective counsel of record, hereby stipulate and agree that all counsel may appear and participate at the Initial Case Management Conference by telephone conference call, and respectfully request that the Court grant their request.

27

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in

28

1  counterparts.

2  Dated: May__26__, 2006                   /s/ James J. Bergmann
3                                           JAMES J. BERGMANN
                                            Law Offices of Donald F. Seth
4                                           Attorneys for Plaintiff Nicholas J. Aquila

5  Dated: May __26__, 2006                  /s/ Jonathon D. Nicol
6                                           JONATHON D. NICOL
                                            Jones Day
7                                           Attorneys for Defendant Experian Information
                                            Solutions, Inc.
8
9  Dated: May _26___, 2006                   /s/ Brian C. Frontino
                                            BRIAN C. FRONTINO
10                                          Stroock & Stroock & Lavan LLP
                                            Attorneys for Defendant Trans Union LLC
11
12 Dated: May __26__, 2006                  /s/ Hannah Shafsky
                                            HANNAH SHAFSKY
13                                          Reed Smith LLP
                                            Attorneys for Defendant Providian National Bank
14

15

16         PURSUANT TO STIPULATION, IT IS ORDERED that all counsel may appear by

17 telephone conference call at the Initial Case Management Conference on June 2, 2006, at 10:30

18 a.m. in Courtroom 7, 19th Floor.

19

20 Dated: May 31, 2006

21                                          MAXINE M. CHESNEY
                                            United States District Judge
22

23 //

24 //

25

26

27

28