DONALD F. SETH, ESQ., CA SBN 92318
JAMES J. BERGMANN, ESQ., CA SBN 220447
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile
donaldseth@sbcglobal.net
jimbergmann@hotmail.com

Counsel for Plaintiff NICHOLAS J. AQUILA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS J. AQUILA, | CASE NO.: C 06 0494 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; PROVIDIAN NATIONAL BANK; and DOES 1 through 30, inclusive, | |
| Defendants. | **Hon. Maxine M. Chesney** |

IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Aquila and defendants Experian Information Solutions, Inc.; TransUnion LLC; and Providian National Bank, through their designated counsel, that Experian Information Solutions, Inc.; TransUnion LLC; and Providian National Bank be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorney fees and costs.

Dated: February __14___, 2007        /s/ James J. Bergmann_____
                                     JAMES J. BERGMANN
                                     The Law Offices of Donald F. Seth
                                     Attorneys for Plaintiff Nicholas J. Aquila

_____
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CIVIL CASE NO. C 06 0494 MMC

| | | |
|---|---|---|
| 1 | Dated: February __15__, 2007 | /s/ Jonathon D. Nicol |
| 2 | | JONATHON D. NICOL |
| | | Jones Day |
| 3 | | Attorneys for Experian Information Solutions, Inc. |
| 4 | Dated: February __16__, 2007 | /s/ Brian C. Frontino |
| | | BRIAN C. FRONTINO |
| 5 | | Stroock & Stroock & Lavan LLP |
| 6 | | Attorneys for TransUnion LLC |
| 7 | Dated: February __14__, 2007 | /s/ Kevin M. Hara |
| | | KEVIN M. HARA |
| 8 | | Reed Smith LLP |
| 9 | | Attorneys for Washington Mutual Bank, successor-in-interest to Providian National Bank |

PURSUANT TO STIPULATION, THE COURT ORDERS that defendants Experian Information Solutions, Inc.; TransUnion LLC; and Providian National Bank be, and hereby are, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys fees incurred in the action.

IT IS SO ORDERED.

Dated: __February 26, 2007__, 2007

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

//
//

---
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CIVIL CASE NO. C 06 0494 MMC                - 2 -